979 A.2d 837

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Steven MITCHELL, Petitioner.**

**No. 68 EM 2009.**

Supreme Court of Pennsylvania.

July 29, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 29th day of July, 2009, the Petition for Extension of Time to File Petition for Allocatur, treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.